The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SMART SKINS LLC,

                Plaintiff,

      v.

MICROSOFT CORPORATION,

                Defendant.

CASE NO. 2:15-CV-00544-MJP

JOINT STATUS REPORT AND
DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rules 16 and 26(f), and the Court's Order Regarding Initial Disclosures, Joint Status Report, And Early Settlement (ECF No. 37), the parties in the above-entitled action submit the following Joint Status Report and Discovery Plan.

1. <u>**Nature and Complexity of Case**</u>

In this case, Plaintiff Smart Skins alleges that Surface and Lumia tablets and certain products sold by Microsoft for use therewith infringe certain claims of U.S. Patent Nos. 7,079,864 and 6,920,338. Smart Skins alleges that Microsoft's alleged infringement from September 28, 2012 to present was willful. Microsoft denies infringement, denies willfulness, and asserts that Smart Skins' two asserted patents are invalid. For purposes of case management planning, the parties agree this is a standard patent infringement case in terms of its complexity.

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4834-3504-3108.v3

**2.**   **Proposed Deadline for Joining Additional Parties**

The parties propose that any additional parties be joined on or before August 21, 2015.

**3.**   **Parties' Consent to Magistrate Judge**

The parties do not consent to proceed before a magistrate judge.

**4.**   **Discovery Plan**

   **A.**   **Initial Disclosures**

The parties exchanged initial disclosures on May 14, 2015.

   **B.**   **Subjects, Timing, and Potential Phasing of Discovery**

The parties intend to conduct discovery on infringement, validity and damages.  The parties do not believe discovery should be bifurcated or phased.  The parties propose the following schedule, which allows for an order on claim construction in November 2015:

| Deadline Description | Proposed Deadline |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions [Local Patent Rule 120] | June 4, 2015 |
| Disclosure of Non-Infringement and Invalidity Contentions [Local Patent Rule 121] | July 9, 2015 |
| Proposed Terms for Construction Exchanged [Local Patent Rule 130(a)] | July 23, 2015 |
| Preliminary Claim Constructions and Extrinsic Evidence Exchanged [Local Patent Rule 131(a, b)] | August 6, 2015 |
| Exchange Opening Expert Reports on Claim Construction Issues (including any authenticating declaration) | August 20, 2015 |
| Exchange Rebuttal Expert Reports on Claim Construction Issues (including any authenticating declaration) | September 3, 2015 |
| Joint Claim Construction Submission [Local Patent Rule 132] | September 8, 2015 |
| Completion of Claim Construction Discovery [Local Patent Rule 133] | October 1, 2015 |
| Opening Claim Construction Brief [Local Patent Rule 134(a)] | October 15, 2015 |
| Responsive Claim Construction Brief [Local Patent Rule 134(c)] | October 29, 2015 |

JOINT STATUS REPORT AND DISCOVERY PLAN - 2
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax:  (206) 676-7001

4834-3504-3108.v3

| Claim Construction Hearing [Local Patent Rule 135] | At the Court's convenience, on or after November 9, 2015 |
| --- | --- |
| Defendant Advice of Counsel Disclosures [Local Patent Rule 140] | January 8, 2016 |
| Close of Fact Discovery | March 8, 2016 |
| Exchange Opening Expert Reports on issues for which a party bears the burden of proof | April 8, 2016 |
| Exchange Rebuttal Expert Reports | May 9, 2016 |
| Close of Expert Discovery | May 30, 2016 |
| Deadline for Filing Dispositive Motions | June 20, 2016 |
| Jury Trial (7-10 days) | At the Court's convenience in September 2016 |

### C.      Electronically Stored Information ("ESI")

The parties intend to adopt a modified version of the Court's Model Agreement Regarding Discovery of Electronically Stored Information.

### D.      Privilege Issues

The parties have adopted the clawback agreements provided in the Court's Model Agreement Regarding Discovery of Electronically Stored Information and Model Stipulated Protective Order.

### E.      Proposed Limitations on Discovery

All limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Civil Rules shall apply to this case.

### F.      Discovery Related Orders

The parties intend to adopt modified versions of the Court's Model Stipulated Protective Order and Model Agreement Regarding Discovery of Electronically Stored Information.

JOINT STATUS REPORT AND DISCOVERY PLAN - 3
CASE NO. 2:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4834-3504-3108.v3

**5.** **Parties' Views, Proposals, and Agreements per LCR 26(f)(1)**

    **A.** **Prompt Case Resolution**

The parties believe that mediation should occur after the Court issues a claim construction ruling in the case.

    **B.** **Alternative Dispute Resolution**

The parties agree to private mediation as the ADR method for this case.

    **C.** **Related Cases**

There are no related cases pending in this or any other jurisdiction of which either party is currently aware.

    **D.** **Discovery Management**

The parties agree to abide by the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Civil Rules; share discovery information obtained from third parties; and coordinate the schedule for depositions in advance of setting such dates.

    **E.** **Anticipated Discovery Sought**

The parties intend to conduct discovery on infringement, validity and damages.

    **F.** **Phasing Motions**

Except as described here or in the Local Patent Rules, the parties do not currently believe that phasing motions will facilitate early resolution of potentially dispositive issues.

    **G.** **Preservation of Discoverable Information**

The parties have not identified any issues relating to the preservation of discoverable information and the scope of the preservation obligation.

    **H.** **Inadvertent Production / Privilege**

The parties have adopted the clawback agreements provided in the Court's Model Agreement Regarding Discovery of Electronically Stored Information and Model Stipulated Protective Order.

JOINT STATUS REPORT AND DISCOVERY PLAN - 4
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4834-3504-3108.v3

**I.      Model Protocol for Discovery of ESI**

The parties intend to adopt a modified version of the Court's Model Agreement Regarding Discovery of Electronically Stored Information.

**J.      Alternatives to Model Protocol**

None.

**6.      Completion of Discovery**

The parties believe that fact discovery can be completed within 75 days of issuance of the Court's Claim Construction Order, and that expert discovery can be completed within 150 days of the issuance of the Court's Claim Construction Order.  The proposed schedule, set forth above, generally seeks to implement those intervals.

**7.      Bifurcation**

The parties agree that bifurcation is not appropriate.

**8.      Pretrial Statements**

The parties do not wish to dispense with pretrial statements or pretrial orders required by Local Civil Rules 16(e), (h), (i), and (k), and 16.1.

**9.      Individualized Trial Program**

The parties do not intend to utilize the Individual Trial Program set forth in Local Civil Rule 39.2.

**10.     Other Suggestions**

**A.      Service by Electronic Means**

The parties agree that courtesy copies of all documents, including motions, discovery requests and responses, shall be sent to one another via electronic mail (or FTP transfer), and that such transmission shall be accepted as service in accordance with Fed. R. Civ. P. 5(b)(2)(E).

**11.     Trial Date**

The parties believe this case will be ready for trial in September 2016.

JOINT STATUS REPORT AND DISCOVERY PLAN - 5
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4834-3504-3108.v3

**12.**    **Jury or Non-Jury Trial**

Plaintiff has requested a trial by jury.

**13.**    **Number of Trial Days Required**

The parties anticipate that trial in this matter will take 7-10 days.

**14.**    **Trial Counsel Information**

*Counsel for Plaintiff:*

Molly A. Terwilliger
WSBA No. 28449
Steven O. Fortney
WSBA No. 44704
Summit Law Group, PLLC
315 5th Ave. S., Ste. 1000
Seattle, WA 98104
(206) 676-7000 *telephone*
(206) 676-7001 *facsimile*
mollyt@summitlaw.com

Steven M. Bauer (Admitted *pro hac vice*)
Kimberly A. Mottley (Admitted *pro hac vice*)
John M. Kitchura, Jr. (Admitted *pro hac vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
kmottley@proskauer.com
jkitchura@proskauer.com

*Counsel for Defendant:*

Stephen M. Rummage
WSBA No. 11168
Benjamin J. Byer
WSBA No. 38206
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
(206) 622-3150 *telephone*
(206) 757-7700 *facsimile*

JOINT STATUS REPORT AND DISCOVERY PLAN - 6
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4834-3504-3108.v3

steverummage@dwt.com
benbyer@dwt.com

**15.**   **Counsel Trial Unavailability**

Counsel for the Plaintiff is currently scheduled for trials on October 26, 2015 (estimated 5 days), January 5, 2016 (estimated 8 days), February 16, 2016 (8 days), and October 31, 2016 (estimated 2 weeks).

Counsel for the Defendant is currently scheduled for trials on September 7, 2015 (estimated 5-6 weeks), October 3, 2016 (estimated 2-3 weeks), and February 27, 2017 (estimated 10 days).

**16.**   **Confirmation of Service**

Defendant Microsoft Corporation has been served.

**17.**   **Scheduling Conference Request**

The parties do not request a scheduling conference at this time.

**18.**   **Corporate Disclosure Statements**

Plaintiff Smart Skins LLC filed its Corporate Disclosure Statement on April 22, 2015 (ECF No. 49).

Defendant Microsoft Corporation filed its Corporate Disclosure Statement on April 20, 2015 (ECF No. 47).

**19.**   **Video Recording of Hearings**

The parties do not consent to having hearings in this matter video recorded as part of the Judiciary's Pilot Project on Cameras in the Courtroom.

**20.**   **Additional Information Under Local Patent Rule 110**

**LPR 110(6)**   The parties do not currently have confidentiality concerns that would affect the disclosures contemplated in the local patent rules.

**LPR 110(7)**   The parties do not believe a separate tutorial is necessary for this case, given the relative simplicity of the technology involved.

JOINT STATUS REPORT AND DISCOVERY PLAN - 7
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4834-3504-3108.v3

**LPR 110(8)**   The parties believe discovery should be allowed before the disclosures required by Local Patent Rule 120, subject to the restrictions of the Federal Rules, Local Rules, and Local Patent Rules.

**LPR 110(9)**   Smart Skins does not plan to seek a preliminary injunction or to file a dispositive motion before claim construction.

Microsoft may seek leave to file a motion for summary judgment of non-infringement before claim construction.  Smart Skins would oppose any summary judgment briefing in advance of claim construction as premature, and will brief its opposition thereto in the event such a motion is filed.

Microsoft is also considering filing an inter partes review with the Patent Office.  If Microsoft initiates an inter partes review, it may file a motion to stay this action.  Smart Skins would oppose any delay of resolution of this case by such a stay requested by Microsoft, and will brief its opposition thereto in the event such a motion is filed.

**LPR 110(11)**   The parties do not believe the Court should appoint an expert in this case, given the relative simplicity of the technology involved.

**LPR 110(12)**   The parties do not currently envision the use of live testimony at the claim construction hearing, but will provide their final recommendations in the Joint Claim Chart pursuant to Local Patent Rule 132(f).  Should either party rely on expert testimony addressing claim construction, the other party reserves its right to call and cross-examine that expert at the claim construction hearing.

JOINT STATUS REPORT AND DISCOVERY PLAN - 8
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4834-3504-3108.v3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED:  May 21, 2015

**SUMMIT LAW GROUP, PLLC**


By  *s/ Molly A. Terwilliger*
    Molly A. Terwilliger
    WSBA No. 28449
    Summit Law Group, PLLC
    315 5th Ave. S., Ste. 1000
    Seattle, WA 98104
    (206) 676-7000 *telephone*
    (206) 676-7001 *facsimile*
    mollyt@summitlaw.com


**PROSKAUER ROSE LLP**


By  *s/ Kimberly A. Mottley*
    Steven M. Bauer
    Kimberly A. Mottley
    John M. Kitchura, Jr.
    PROSKAUER ROSE LLP
    One International Place
    Boston, MA 02110-2600
    (617) 526-9600 *telephone*
    (617) 526-9899 *facsimile*
    sbauer@proskauer.com
    kmottley@proskauer.com
    jkitchura@proskauer.com

    *Pro Hac Vice* Attorneys

Attorneys for Smart Skins LLC

DATED:  May 21, 2015

**DAVIS WRIGHT TREMAINE LLP**


By  *s/ Benjamin J. Byer*
    Stephen M. Rummage
    WSBA No. 11168
    Benjamin J. Byer
    WSBA No. 38206
    DAVIS WRIGHT TREMAINE LLP
    1201 Third Avenue, Suite 2200
    Seattle, WA 98101-3045
    (206) 622-3150 *telephone*
    (206) 757-7700 *facsimile*
    steverummage@dwt.com
    benbyer@dwt.com

Attorneys for Microsoft Corporation

JOINT STATUS REPORT AND DISCOVERY PLAN - 9
CASE NO. **2**:15-CV-00544-MJP

4834-3504-3108.v3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the

3

Court using the CM/ECF system which will send notification of such filing to the following:

4

Steven M. Bauer
Kimberly A. Mottley

5

John M. Kitchura, Jr.
Proskauer Rose LLP (Boston)

6

Pro Hac Vice Attorneys
One International Place

7

Boston, MA 02110
Email: sbauer@proskauer.com,

8

kmottley@proskauer.com,

9

jkitchura@proskauer.com.

10

*Attorneys for Plaintiff*

11

Benjamin J. Byer
Stephen Rummage

12

Davis Wright Tremaine

13

1201 Third Avenue, Ste. 2200
Seattle, WA 98101-3045

14

Email: benbyer@dwt.com,
steverummage@dwt.com.

15

16

*Attorneys for Defendant*

17

DATED this 21st day of May, 2015.

18

19

s/ Denise Brandenstein
Denise Brandenstein, Legal Assistant

20

21

22

23

24

25

26

JOINT STATUS REPORT AND DISCOVERY PLAN - 10
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4834-3504-3108.v3