The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SMART SKINS LLC, | |
|---|---|
| Plaintiff, | CASE NO. 2:15-CV-00544-MJP |
| v. | STIPULATED MOTION TO AMEND SCHEDULING ORDER |
| MICROSOFT CORPORATION, | NOTED FOR CONSIDERATION: June 29, 2015 |
| Defendant. | |

Plaintiff Smart Skins LLC ("Smart Skins") and Defendant Microsoft Corporation ("Microsoft") jointly requested limited adjustments to the current case schedule (Dkt. #53) moving the *Markman* hearing and related deadlines earlier in time, as well as extending the due date for rebuttal reports from expert witnesses under FRCP 26(a)(2). Good cause exists for the amended dates, which will not in any way affect the deadline for completion of discovery, the dispositive motion deadline, or the trial date.

The proposed adjustments to the current case schedule are as follows:

| Description | Current Date | Proposed Date |
|---|---|---|
| **JURY TRIAL DATE**: 7-10 DAY | 9/26/2016 | No Change |
| Disclosure of asserted claims and infringement contentions due | 6/29/2015 | No Change |

STIPULATED MOTION TO AMEND SCHEDULING
ORDER - 1
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-6225-6933.v4

| Description | Current Date | Proposed Date |
|---|---|---|
| Deadline for joining additional parties | 7/13/2015 | No Change |
| Deadline for amended pleadings | 7/22/2015 | No Change |
| Non-infringement and invalidity contentions due | 7/27/2015 | No Change |
| Proposed terms and claim elements for construction exchanged | 8/17/2015 | 8/7/2015 |
| Preliminary claim construction and extrinsic evidence exchanged | 9/15/2015 | 8/31/2015 |
| Exchange opening expert reports on claim construction issues (including any authenticating declaration) | 9/29/2015 | 9/9/2015 |
| Exchange rebuttal expert reports on claim construction issues (including any authenticating declaration) | 10/13/2015 | 9/29/2015 |
| Joint claim construction and prehearing statement | 10/30/2015 | 10/13/2015 |
| Completion of claim construction discovery | 11/30/2015 | 11/2/2015 |
| Opening claim construction brief due (24 pages per side) | 12/14/2015 | 11/16/2015 |
| Responsive claim construction brief due (24 pages per side) | 12/28/2015 | 12/2/2015 |
| *Markman* Hearing | 1/8/2016 at 9:00 a.m. | 12/11/2015 at _____ |
| Defendant advice of counsel disclosures | 1/15/2016 | No Change |
| Reports from expert witnesses under FRCP 26(a)(2) due | 2/16/2016 | No Change |
| Rebuttal expert reports due | 2/29/2016 | 3/16/2016 |
| All motions related to discovery must be filed by | 3/30/2016 | No Change |
| Discovery completed by | 4/29/2016 | No Change |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter  **Counsel are reminded of the requirement to provide courtesy copies of any motions with exhibits or other attachments exceeding 50 pages. Compliance with this requirement will facilitate timely consideration of your motion.** | 5/31/2016 | No Change |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | 8/22/2016 | No Change |

STIPULATED MOTION TO AMEND SCHEDULING
ORDER - 2
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-6225-6933.v4

| Description | Current Date | Proposed Date |
|---|---|---|
| Agreed pretrial order due | 9/14/2016 | No Change |
| Trial briefs, proposed voir dire questions, proposed jury instructions due | 9/14/2016 | No Change |
| Pretrial conference | 9/16/2016 at 1:30 p.m. | No Change |

For the following reasons, the parties believe that good cause exists for the proposed change in dates of the *Markman* hearing and related deadlines, as well as the proposed two-week extension of the deadline for rebuttal expert reports pursuant to FRCP 26(a)(2).

The parties seek to move the *Markman* hearing date from January 8, 2016 to December 11, 2015. This adjustment to the scheduling order will resolve a conflict of Plaintiff's counsel with the date of trial in a separate matter. *See* Joint Status Report (Dkt. #50) at 7, ¶ 15 (providing dates of unavailability of Plaintiff's counsel). The parties request the December 11, 2015 date for the *Markman* hearing as the parties understand that the Court has availability on this date. The parties also propose to modify certain dates preceding the *Markman* hearing, as shown in the chart above, to avoid trial and travel conflicts of Defendant's counsel.

The parties also seek to extend, by two weeks, the deadline for rebuttal expert reports pursuant to FRCP 26(a)(2), thereby extending the deadline for rebuttal reports to March 16, 2016. Under the current schedule, experts have only 13 days (February 16, 2016 to February 29, 2016) from the time opening expert reports are due until the time rebuttal expert reports are due, but then two full months following the deadline for rebuttal expert reports to conduct expert depositions. The parties propose adding two weeks to the timeframe between the due dates for opening expert reports and rebuttal reports; at the same time, the parties propose subtracting (the same) two weeks from the time the parties have for expert depositions following rebuttal reports. The parties

STIPULATED MOTION TO AMEND SCHEDULING ORDER - 3
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-6225-6933.v4

believe this proposed modification to the schedule provides sufficient time for expert depositions and will afford the experts needed time to address the opinions disclosed in the opening expert reports and provide more thorough and complete rebuttal reports, which ultimately will be of assistance to the parties and the Court.  The extension will not affect any of the significant dates in the current schedule, including the discovery deadline, the dispositive motion deadline and the trial date.

     For the reasons articulated above, and good cause having been shown, the parties respectfully request that the Court modify the Scheduling Order as reflected in the chart above.

STIPULATED MOTION TO AMEND SCHEDULING ORDER - 4
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

4852-6225-6933.v4

1   DATED this 29th day of June, 2015.

2   **SUMMIT LAW GROUP, PLLC**          **DAVIS WRIGHT TREMAINE LLP**
    Attorneys for Plaintiff             Attorneys for Defendant Microsoft Corporation
3

4

    By *s/ Molly A. Terwilliger*        By */s Benjamin J. Byer*
5      Molly A. Terwilliger, WSBA No. 28449    Stephen M. Rummage, WSBA No. 11168
       *s/ Steven O. Fortney*              Benjamin J. Byer, WSBA No. 38206
6      Steven O. Fortney, WSBA No. 44704  DAVIS WRIGHT TREMAINE LLP
       SUMMIT LAW GROUP, PLLC             1201 Third Avenue, Suite 2200
7      315 5th Ave. S., Ste. 1000         Seattle, WA 98101-3045
       Seattle, WA 98104                  (206) 622-3150 telephone
8      (206) 676-7000 telephone           (206) 757-7700 facsimile
       (206) 676-7001 facsimile           Email: *steverummage@dwt.com,*
9      Email: *mollyt@summitlaw.com,*     *benbyer@dwt.com*
       *stevef@summitlaw.com*
10
                                         **MICROSOFT CORPORATION**
11                                       Attorney for Defendant Microsoft Corporation
    **PROSKAUER ROSE LLP**
12  *Pro Hac Vice* Attorneys for Plaintiff
                                            David E. Killough, WSBA No. 40185
13                                          MICROSOFT CORPORATION
    By *s/ Kimberly A. Mottley*             One Microsoft Way
14     Steven M. Bauer                      Redmond, WA 98052-8300
       Kimberly A. Mottley                  (425) 703-8865 telephone
15     John M. Kitchura, Jr.                (425) 869-1327 facsimile
       PROSKAUER ROSE LLP                   Email: *davkill@microsoft.com*
16     One International Place
17     Boston, MA 02110-2600
       (617) 526-9600 telephone
18     (617) 526-9899 facsimile
       Email: *sbauer@proskauer.com,*
19     *kmottley@proskauer.com,*
       *jkitchura@proskauer.com*
20

21

22

23

24

25

26

STIPULATED MOTION TO AMEND SCHEDULING ORDER - 5
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-6225-6933.v4

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Steven M. Bauer
>Kimberly A. Mottley
>John M. Kitchura, Jr.
>Proskauer Rose LLP (Boston)
>Pro Hac Vice Attorneys
>One International Place
>Boston, MA 02110
>Email: sbauer@proskauer.com,
>kmottley@proskauer.com,
>jkitchura@proskauer.com.

*Attorneys for Plaintiff*

>Benjamin J. Byer
>Stephen Rummage
>Davis Wright Tremaine
>1201 Third Avenue, Ste. 2200
>Seattle, WA 98101-3045
>Email: benbyer@dwt.com,
>steverummage@dwt.com.

>David E. Killough
>Microsoft Corporation
>One Microsoft Way
>Redmond, WA 98052-8300
>Email: davkill@microsoft.com

*Attorneys for Defendant*

DATED this 29th day of June, 2015.

>*s/ Denise Brandenstein*
>Denise Brandenstein, Legal Assistant

STIPULATED MOTION TO AMEND SCHEDULING ORDER - 6
CASE NO. **2**:15-CV-00544-MJP

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4852-6225-6933.v4