The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SMART SKINS LLC,<br><br>              Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>              Defendant. | CASE NO. 2:15-CV-00544-BJR<br><br>JOINT STIPULATION FOR<br>ENTRY OF ORDER OF<br>DISMISSAL OF THE CASE AS MOOT |

Plaintiff Smart Skins LLC ("Smart Skins") and Defendant Microsoft Corporation ("Microsoft") jointly stipulate to the dismissal of this case as moot. Smart Skins filed the instant action alleging infringement of U.S. Patent Nos. 7,079,864 (the "'864 patent") and 6,920,338 (the "'338 patent") on December 19, 2014. (ECF No. 1.) The parties subsequently dismissed the '338 patent from the case, without prejudice, by joint stipulation on October 12, 2015. (ECF No. 70.)

The Patent Trial and Appeal Board cancelled claims 1, 12, 13, 15, 23, and 24 of the '864 patent in a Final Written Decision dated June 21, 2017. *Microsoft Corp. v. Smart Skins LLC*, IPR2016-00404, Paper No. 27 (P.T.A.B. June 21, 2017). The Patent Trial and Appeal board subsequently denied Microsoft's request for rehearing by order of November 21, 2017. *Microsoft Corp. v. Smart Skins LLC*, IPR2016-00404, Paper No. 30 (P.T.A.B. Nov. 21, 2017).

JOINT STIPULATION FOR
ENTRY OF ORDER OF
DISMISSAL OF THE CASE AS MOOT- 1
CASE NO. 2:15-CV-00544-BJR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Smart Skins filed a Notice of Appeal to the Federal Circuit on January 23, 2018. *Microsoft Corp. v. Smart Skins LLC*, IPR2016-00404, Paper No. 31 (P.T.A.B. Jan. 23, 2017). The parties jointly moved to dismiss that appeal on June 20, 2018, and the court dismissed the appeal that same day. *Smart Skins LLC v. Microsoft Corp.*, No. 18-1494 (Fed. Cir. June 20, 2018), ECF Nos. 16, 17.

Accordingly, the decision of the Patent Trial and Appeal Board cancelling the claims asserted in this case is final, and this case is now moot.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Smart Skins and Microsoft, by and through their respective counsel of record, do hereby stipulate, subject to the approval of the Court, as follows:

1. All claims remaining in this action are dismissed *with prejudice*.
2. Smart Skins and Microsoft shall each bear their own attorney's fees, expenses and costs with respect to the matters dismissed hereby.

\*     \*     \*

JOINT STIPULATION FOR
ENTRY OF ORDER OF
DISMISSAL OF THE CASE AS MOOT- 2
CASE NO. 2:15-CV-00544-BJR

SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

IT IS SO STIPULATED:

| | |
|---|---|
| DATED: November 14, 2018 | DATED: November 14, 2018 |
| **SUMMIT LAW GROUP, PLLC** | **DAVIS WRIGHT TREMAINE LLP** |
| By *s/ Lawrence C. Locker* | By *s/ Benjamin J. Byer* |
|    Lawrence C. Locker |    Stephen M. Rummage |
|    WSBA No. 15819 |    WSBA No. 11168 |
|    Summit Law Group, PLLC |    Benjamin J. Byer |
|    315 5th Avenue S., Suite 1000 |    WSBA No. 38206 |
|    Seattle, WA 98104 |    DAVIS WRIGHT TREMAINE LLP |
|    (206) 676-7000 *telephone* |    1201 Third Avenue, Suite 2200 |
|    (206) 676-7001 *facsimile* |    Seattle, WA 98101-3045 |
|    Email: larryl@summitlaw.com |    (206) 622-3150 *telephone* |
| |    (206) 757-7700 *facsimile* |
| **PROSKAUER ROSE LLP** |    Email: steverummage@dwt.com |
| |    benbyer@dwt.com |
| By *s/ Kimberly A. Mottley* | |
|    Steven M. Bauer, *pro hac vice* | Alan J. Galloway |
|    Kimberly A. Mottley, *pro hac vice* | Davis Wright Tremaine |
|    William D. Dalsen, *pro hac vice* | 1300 S.W. 5th Avenue, Suite 2400 |
|    Proskauer Rose LLP (Boston) | Portland, OR 97201 |
|    One International Place | Tel: 503-778-5375 |
|    Boston, MA 02110 | Email: alangalloway@dwt.com |
|    (617) 526-9600 telephone | |
|    (617) 526-9899 facsimile | David E. Killough |
|    Email: sbauer@proskauer.com, | Microsoft Corporation |
|    kmottley@proskauer.com, | One Microsoft Way |
|    wdalsen@proskauer.com. | Redmond, WA 98052-8300 |
| | Email: davkill@microsoft.com |
| Attorneys for Smart Skins LLC | |
| | Attorneys for Microsoft Corporation |

JOINT STIPULATION FOR
ENTRY OF ORDER OF
DISMISSAL OF THE CASE AS MOOT- 3
CASE NO. 2:15-CV-00544-BJR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

IT IS SO ORDERED.

DATED this __15th__ day of November, 2018.

_____
Honorable Barbara J. Rothstein
United States District Judge

JOINT STIPULATION FOR
ENTRY OF ORDER OF
DISMISSAL OF THE CASE AS MOOT- 4
CASE NO. 2:15-CV-00544-BJR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Benjamin J. Byer
>Stephen Rummage
>Davis Wright Tremaine
>1201 Third Avenue, Ste. 2200
>Seattle, WA 98101-3045
>Email: benbyer@dwt.com,
>steverummage@dwt.com.

>Alan J. Galloway
>Davis Wright Tremaine
>1300 S.W. 5th Avenue, Suite 2400
>Portland, OR 97201
>Tel: 503-778-5375
>Email: alangalloway@dwt.com

>David E. Killough
>Microsoft Corporation
>One Microsoft Way
>Redmond, WA 98052-8300
>Email: davkill@microsoft.com

*Attorneys for Defendant*

DATED this 14th day of November, 2018.

>*s/ Marcia A. Ripley*
>Marcia A. Ripley

JOINT STIPULATION FOR
ENTRY OF ORDER OF
DISMISSAL OF THE CASE AS MOOT- 5
CASE NO. 2:15-CV-00544-BJR

SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001